

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

( C O P Y )

Mr. O. J. S. Ellingson
General Manager
Texas Prison System
Huntsville, Texas

Dear Sir:

Opinion No. 0-3423-A
Re:  Secondhand textbooks
for penitentiary.

Your inquiry of May 1, 1941, asking our opinion as to whether the Texas Prison System is entitled to current adoption secondhand books, received.

The Act of the Legislature, being Article 6203b, Revised Civil Statutes, does not refer to secondhand textbooks of any particular year. We think the proper construction to be placed on said statute is that the State Superintendent of Public Instruction should furnish to the Texas Prison Board the most available secondhand books he has to enable the Texas Prison Board to teach the inmates of the penitentiary reading, writing, spelling and arithmetic. Under said statute he is not required to furnish current adoptiong secondhand books.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By - §

Geo. W. Barcus
Assistant

GWB:MR

APPROVED MAY 23, 1941

§ - Grover Sellers

FIRST ASSISTANT
ATTORNEY GENERAL

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT